1

2

3

4

5

6               **UNITED STATES DISTRICT COURT**

7                    **DISTRICT OF NEVADA**

8

9    GENE ALLEN ZARITSKY,

10         Plaintiff,                              Case No. 2:13-cv-02084-JCM-NJK

11   vs.                                           **ORDER**

12   TROY JOHNSON, et al.,

13         Defendants.

14

15         Plaintiff, who is in the custody of the Nevada Department of Corrections, has submitted an

16   amended civil rights complaint pursuant to 42 U.S.C. § 1983 (#4) and an application to proceed <u>in</u>

17   <u>forma pauperis</u> (#1).  The court finds that plaintiff is unable to prepay the full filing fee in this

18   matter, but plaintiff will need to pay the filing fee through monthly installments.

19         Plaintiff has filed a motion for appointment of counsel (#9).  "There is no constitutional right

20   to appointed counsel in a § 1983 action.  However, in 'exceptional circumstances,' a district court

21   may appoint counsel for indigent civil litigants pursuant to 28 U.S.C. § 1915[(e)(1)].  To decide

22   whether these exceptional circumstances exist, a district court must evaluate both the likelihood of

23   success on the merits and the ability of the petitioner to articulate his claims pro se in light of the

24   complexity of the legal issues involved."  <u>Rand v. Rowland</u>, 113 F.3d 1520, 1525 (9th Cir. 1997)

25   (internal quotations and citations omitted), withdrawn on other grounds, 154 F.3d 952, 954 n.1 (9th

26   Cir. 1998) (en banc).  After reviewing the amended complaint, the court finds that appointment of

27   counsel is not warranted.

28

1    A request for an evidentiary hearing (#10) is associated with the motion for appointment of

2  counsel.  The court denies this request as moot because the court is denying the motion for

3  appointment of counsel.

4    Defendant has filed a motion for enlargement of time (#13) to file the status report, because

5  the settlement conference was scheduled after the due date for the report.  The court grants this

6  motion.  The hearing has been held and defendant has filed the status report (#16)

7    IT IS THEREFORE ORDERED that plaintiff's motion for appointment of counsel is

8  **DENIED**.

9    IT IS FURTHER ORDERED that plaintiff's request for evidentiary hearing (#10) is

10  **DENIED** as moot.

11    IT IS FURTHER ORDERED that defendant's motion for enlargement of time (#13) is

12  **GRANTED**.

13    IT IS FURTHER ORDERED that:

14  1.    Plaintiff's application to proceed in forma pauperis (#1) is **GRANTED**. Plaintiff

15        shall not be required to pay an initial installment of the filing fee.  If this action is

16        dismissed, the full filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2).

17  2.    The movant herein is permitted to maintain this action to conclusion without the

18        necessity of prepayment of any additional fees or costs or the giving of security

19        therefor.  This order granting leave to proceed in forma pauperis shall not extend to

20        the issuance of subpoenas at government expense.

21  3.    Pursuant to 28 U.S.C. § 1915(b)(2), the Nevada Department of Corrections shall pay

22        to the clerk of the United States District Court, District of Nevada, 20% of the

23        preceding month's deposits to plaintiff's account (inmate #39967), in the months that

24        the account exceeds $10.00, until the full $350.00 filing fee has been paid for this

25        action.  The clerk of the court shall send a copy of this order to the finance division

26        of the clerk's office.  The clerk shall also send a copy of this order to the attention of

27        the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box

28        7011, Carson City, NV 89702.

4.  The clerk shall electronically serve a copy of this order, a copy of the court's screening order (#5) and a copy of plaintiff's amended complaint (#4) on the Office of the Attorney General of the State of Nevada, attention Kat Howe.

5.  Subject to the findings of the screening order (#5), within **twenty-one (21) days** of the date of entry of this order, the Attorney General's Office shall file a notice advising the court and plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing last-known-address information under seal.  As to any of the named defendants for which the Attorney General's Office cannot accept service, the Office shall file, under seal, the last known address(es) of those defendant(s) for whom it has such information.

6.  If service cannot be accepted for any of the named defendant(s), plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for the defendant(s).  For the defendant(s) as to which the Attorney General has not provided last-known-address information, plaintiff shall provide the full name and address for the defendant(s).

7.  If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint within sixty (60) days from the date of this order.

8.  Henceforth, plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court.  Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants.  If counsel has entered a notice of appearance, the plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein.  The court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge,

1  magistrate judge, or the Clerk which fails to include a certificate showing proper

2  service.

3  IT IS SO ORDERED.

4  DATED: January 21, 2015.

5

6  _____
   JAMES C. MAHAN

7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-