1  ADAM PAUL LAXALT
   Nevada Attorney General
2  ERIC N. TRAN
   Deputy Attorney General
3  Nevada Bar No. 11876
   Bureau of Litigation
4  Public Safety Division
   555 E. Washington Ave., Ste. 3900
5  Las Vegas, Nevada  89101
   Telephone: (702) 486-2625
6  Facsimile: (702) 486-3773
   Email: etran@ag.nv.gov
7  *Attorneys for Defendant Troy Johnson*

8

9

10                    **UNITED STATES DISTRICT COURT**

11                         **DISTRICT OF NEVADA**

12  GENE ALLEN ZARITSKY,          )        Case No. 2:13-cv-02084-JCM-NJK
                                  )
13             Plaintiff,         )            Order granting
                                  )        **MOTION TO SUBMIT**
14  v.                            )        **MEDICAL RECORDS UNDER SEAL**
                                  )
15  TROY JOHNSON,                 )
                                  )
16             Defendant.         )
    _____)

17        Defendant Troy Johnson, by and through counsel, ADAM PAUL LAXALT, Nevada Attorney

18  General, and ERIC N. TRAN, Deputy Attorney General, of the State of Nevada, Office of the

19  Attorney General, hereby moves to submit medical records in support of his Motion for Summary

20  Judgment under seal. This Motion is made and based on the enclosed Memorandum of Points

21  and Authorities, the papers and pleadings on file, and any oral argument the Court may entertain

22  at a hearing on this matter.

23        DATED this 21st day of August, 2015.

24                                    Respectfully submitted,

25                                    ADAM PAUL LAXALT
                                      Nevada Attorney General
26

27                                    By: /s/ Eric N. Tran
                                          ERIC N. TRAN
28                                        Deputy Attorney General
                                          *Attorneys for Defendants*

*Attorney General's Office*
*555 E. Washington, Suite 3900*
*Las Vegas, NV 89101*

1

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

Defendant's Motion for Summary Judgment, filed contemporaneously with this motion, is

3

supported by portions of Plaintiff's Nevada Department of Corrections (NDOC) medical records.

4

Courts have recognized a general right of the public to inspect and copy public records and

5

documents, including judicial records and documents. *Kamakana v. City and County of Honolulu*,

6

447 F.3d 1172, 1178 (9th Cir. 2006). Documents that have been traditionally kept secret, including

7

grand jury transcripts and warrant materials in a pre-indictment investigation, come within an

8

exception to the general right of public access. *Id.* Otherwise, "a strong presumption in favor of

9

access is the starting point." *Id.* (internal citations omitted).

10

Courts have consistently recognized that the need to protect sensitive medical information

11

is a compelling reason to seal records. *See San Ramon Reg'l Med. Ctr., Inc. v. Principal Life Ins.*

12

*Co.*, C 10-02258 SBA, 2011 WL 89931, at *1, n.1 (N.D. Cal. Jan. 10, 2011); *Abbey v. Hawaii*

13

*Employers Mut. Ins. Co.*, Civ. No. 09-000545, 2010 WL 4715793, at *1-2 (D. Haw. Nov. 15, 2010);

14

*Wilkins v. Ahern*, No. C 08-1084, 2010 WL 3755654, at *4 (N.D. Cal. Sept. 24, 2010); *G. v.*

15

*Hawai'i*, Civ. No. 08-00551, 2010 WL 2607483, at *1-2 (D. Haw. June 25, 2010); *Lombardi v.*

16

*TriWest Healthcare Alliance Corp.*, No. CV-08-02381-PHX-FJM, 2009 WL 1212170, at *1 (D. Ariz.

17

May 4, 2009).

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

///

27

///

28

///

**Attorney General's Office**
555 E. Washington, Suite 3900
Las Vegas, NV 89101

1    Exhibits B, C, and D to Defendant's Motion for Summary Judgment are the portions of the

2    Plaintiff's medical records that Defendants wish to file under seal. Although Plaintiff has placed his

3    medical condition at issue in this lawsuit, his privacy interest in the detailed medical records at

4    issue in this case outweighs the public interest in access to court documents. Plaintiff will not be

5    prejudiced by this under-seal filing as a copy of the exhibits filed under seal will be sent to the

6    warden's office at High Desert State Prison for his review.

7    DATED this 21st day of August, 2015.

8                                        Respectfully submitted,

9                                        ADAM PAUL LAXALT
                                         Nevada Attorney General
10

11                                       By: /s/ Eric N. Tran_____

12                                           ERIC N. TRAN
                                             Deputy Attorney General
13                                           Nevada Bar No. 11876
                                             *Attorneys for Defendant*
14

15

16
     IT IS SO ORDERED.
17   Dated:  August 24, 2015                 _____
                                             United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101