ADAM PAUL LAXALT
Nevada Attorney General
TIFFANY E. BREINIG
Deputy Attorney General
Nevada Bar No. 9984
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada  89101
Telephone: (702) 486-3125
Facsimile: (702) 486-3773
Email: tbreinig@ag.nv.gov
*Attorneys for Defendant Troy Johnson*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GENE ALLEN ZARITSKY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TROY JOHNSON,<br><br>　　　　Defendant. | Case No.: 2:13-cv-02084-JCM-NJK<br><br>**JUDGMENT IN A CIVL CASE** |

　　　THIS MATTER came before the Court on Motions for Summary Judgment by both Plaintiff and Defendant. The Court, having reviewed both motions and after deeming itself fully advised, denied Plaintiff's motion and granted Defendant's motion in a written order. Accordingly, the Court orders as follows:

　　　IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.

　　　DATED April 1, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE